UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL HUNT, | : | CIV. NO. 3:22-cv-450 |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| TOWN OF MANCHESTER, | : | |
| JOHN DOE #1, JOHN DOE #2, | : | |
| OFFICER DOE #3, | : | MARCH 25, 2022 |
| Defendants. | | |

**NOTICE OF REMOVAL**

TO:     The Judges of the United States District Court for the
        District of Connecticut

The TOWN OF MANCHESTER, JOHN DOE #1, JOHN DOE #2, OFFICER DOE #3, defendants in the case styled Daniel Hunt v. Town of Manchester, et al. , with a return date of April 19, 2022 and returnable to the Superior Court of Hartford, Judicial District of Hartford, Connecticut, respectfully file this Petition of Removal to the United States District Court for the District of Connecticut.

1.     The claims against the defendants were initiated by plaintiff's complaint that was served in the manner provided by statute on or about March 10, 2022, and this petition is brought within thirty days of that service.  This Petition of Removal is therefore timely.

2.     Plaintiff's complaint alleges that the defendants used excessive force, were negligent and falsely imprisoned plaintiff in violation of 42 USC § 1983 and 1986.

3.     This Court has subject matter jurisdiction regarding this matter pursuant to 28 U.S.C. §1331.

4.     All of the pleadings and orders served on the defendants in the State Court action are attached hereto.

WHEREFORE, petitioners pray that the above action returnable to the Superior Court of the

State of Connecticut, in the Judicial District of Hartford at Hartford be removed to this Court.

DEFENDANTS TOWN OF MANCHESTER, JOHN DOE #1, JOHN DOE #2, OFFICER DOE #3

BY/ss/ James N. Tallberg
James N. Tallberg
Federal Bar No.: ct17849
Karsten & Tallberg, LLC
500 Enterprise Dr., Suite 4B
Rocky Hill, CT 06067
T: (860)233-5600
F: (860)233-5800
jtallberg@kt-lawfirm.com

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed electronically this 25th day of

March, 2022, to the following parties:

Edward Bona, Esq.
Edward-bona@comcast.net

/ss/ James N. Tallberg
James N. Tallberg